**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-6488**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JUKEN WASHINGTON GORDON,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston. John T. Copenhaver, Jr., District Judge. (CR-97-63-2, CA-99-950-2)

———————

Submitted: August 31, 2001          Decided: October 17, 2001

———————

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Juken Washington Gordon, Appellant Pro Se.  Michael Lee Keller, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, West Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Juken Washington Gordon seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. We conclude that Gordon has not established that he involuntarily waived his right to testify at trial, nor did he establish he was prejudiced by his counsel's failure to challenge one of the jurors. Accordingly, we deny a certificate of appealability and dismiss the appeal substantially on the reasoning of the district court. <u>United States v. Gordon</u>, Nos. CR-97-63-2; CA-99-950-2 (S.D.W. Va. Mar. 16, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2